MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>SERGIO ALFONSO ESPEJEL,<br><br>    Defendant. | No. CR 12-0274 SBA<br><br>STIPULATION AND  ORDER TO CONTINUE HEARING AND FOR AN EXCLUSION OF TIME FROM JUNE 6, 2012 THROUGH JUNE 20, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT<br><br>Current Date: June 8, 2012<br>Current Time: 10:00 a.m.<br><br>Proposed Date: June 20, 2012<br>Proposed Time: 10:00 a.m. |

The parties previously requested, and this Court ordered, that June 6, 2012 would be set for a change of plea in the above-captioned matter and that the hearing on the United States' Motion to Vacate Magistrate Judge's Order Granting Release would be postponed to a date to be determined on June 6, 2012.   On June 6, 2012, this Court continued the hearing to June 8, 2012 at 10:00 a.m.  Counsel for the defendant is not available on June 8, 2012.  Accordingly, the parties file this stipulation to continue the hearing to June 20, 2012 at 10:00 a.m., which the Courtroom Deputy confirmed is available.  As such, the parties stipulate to set the hearing on June 20, 2012 at 10:00 a.m.

STIPULATION AND [PROPOSED] ORDER
CR 12-0274 SBA

The parties also agree that time is excluded under the 18 U.S.C. § 3161, the Speedy Trial Act, due to delay resulting from a pre-trial motion under Section 3161(h)(1)(D).  The defendant agrees that time shall be excluded under the Speedy Trial Act between June 6, 2012 and June 20, 2012 due to delay resulting from any pre-trial motion through the conclusion of the hearing on or other prompt disposition of such matter.  18 U.S.C. § 3161(h)(1)(D).

SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

DATED: June 6, 2012                    /s/
                        CYNTHIA M. FREY
                        Assistant United States Attorney

DATED: June 6, 2012                    /s/
                        GEOFFREY ROTWEIN
                        Attorney for SERGIO ALFONSO ESPEJEL

Based upon the stipulation of the parties to continue the hearing currently set for June 8, 2012 to June 20, 2012,

IT IS HEREBY ORDERED that the hearing be continued to June 20, 2012 at 10:00 a.m.

The Court further finds that time is appropriately excluded under the Speedy Trial Act from June 6, 2012 to June 20, 2012 due to due to delay resulting from any pre-trial motion through the conclusion of the hearing on or other prompt disposition of such matter.

IT IS THEREFORE ORDERED that the time between June 6, 2012 to June 20, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(1)(D).

DATED: _6/8/12                                           _____
                                                        HONORABLE SAUNDRA B. ARMSTRONG
                                                        United States District Judge