1  GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California 94104
   Facsimile: (415) 397-0862
3  Telephone: (415) 397-0860

4  Attorneys for Defendant
   SERGIO ALFONSO ESPEJEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. No. CR-12-0274 SBA |
|---|---|---|
| Plaintiff, | ) | **ORDER PURSUANT TO STIPULATION CONTINUING SENTENCING HEARING** |
| vs. | ) | |
| SERGIO ALFONSO ESPEJEL, *et al*, | ) | |
| Defendants. | ) | |

Based on the below stipulation between the parties, it is hereby ordered that the sentencing in this case which is currently set for February 14, 2013, is continued to March 21, 2013, at 10:00 a.m., in Courtroom 1 of this Court.

The reason for the continuance is allow the parties to address ongoing issues for sentencing as set forth in the below stipulation.

DATED: January 25 2013

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
JUDGE, UNITED STATES DISTRICT COURT

///

///

///

///

///

ORDER PURSUANT TO STIPULATION
TO CONTINUE SENTENCING
CR-12-0274 SBA                   -1-